THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
South Carolina Department of Social Services, Respondent,
v.
Joseph T., Marcia T., and Mary L., Defendants, of whom Marcia T.[1] is Appellant.
In the interests of: Suzanne T., and Lucy T., minor children under the age of 18.
 
 
 

Appeal From Chesterfield County
 Roger E. Henderson, Family Court Judge

Unpublished Opinion No. 2007-UP-094
Submitted February 22, 2007  February 23, 2007    

AFFIRMED

 
 
 
Steven W. Ouzts, of Columbia, for Appellant.
Elizabeth B. York, SCDSS, for Respondent.
Cynthia Barrier Patterson, of Columbia, Guardian Ad Litem.
 
 
 

PER CURIAM:  This appeal arises from the termination of Maria T.s (Mother) visitation rights to her minor children.  The court found Mothers visitation rights should be terminated on three grounds: 1) the children have been abused and/or neglected; 2) the children have been sleeping with Mother and Mary L. (Grandmother) while naked, and Mother and Grandmother have touched the children inappropriately; and 3) the children have been exposed to fighting and discord between Mother and Grandmother while visiting their home.  The court further found that custody of the children should remain with the father, Joseph T.  Additionally, the court found that terminating Mothers visitation rights was in the best interests of the children.
After a thorough review of the record pursuant to Ex Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we affirm the family courts ruling and grant counsels petition to be relieved.
AFFIRMED. [2]
HUFF, BEATTY, and WILLIAMS, JJ., concur.

[1] The names of the children, parents and other parties have been changed to protect the identities of the minor children.
[2] We decide this case without oral argument pursuant to Rule 215, SCACR.